

**Rodd Naquin**
**Clerk of Court**

**Post Office Box 4408**
**Baton Rouge, LA**
**70821-4408**
**(225) 382-3000**

## Notice of Judgment and Disposition

February 01, 2023

Docket Number: 2022 - CW - 0928

Hamp's Construction, LLC
    versus
State of Louisiana, Department of Transportation and
Development

TO:    Kirk A. Bergeron
1201 Capital Access Rd., Rm
P.O. Box 94245
Baton Rouge, LA
70804-9245

Jonathan S. Giepert
3501 N. Causeway Blvd., Sui
Metairie, LA 70002

Amanda D. Hogue
Conroy Law Firm
3501 N. Causeway Boulevard
Suite 500
Metairie, LA 70002
ahogue@conroylawfirm.com

John I. Hulse IV
,
jih@conroylawfirm.com

Mitchell A. Palmer
Thornhill & Collings, L.C.
1308 Ninth Street
Slidell, LA 70458
mitchell@rboweslaw.com

Hon. Trudy White
300 North Blvd
Suite 6201
Baton Rouge, LA 70802

In accordance with Local Rule 6 of the Court of Appeal, First Circuit, I hereby certify that this notice of judgment and disposition and the attached disposition were transmitted this date to the trial judge or equivalent, all counsel of record, and all parties not represented by counsel.

RODD NAQUIN
CLERK OF COURT

# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

HAMP'S CONSTRUCTION, LLC

VERSUS

STATE OF LOUISIANA,
DEPARTMENT OF TRANSPORTATION
AND DEVELOPMENT

NO.  2022 CW 0928

**FEBRUARY 1, 2023**

---

In Re:   Hamp's Construction, LLC, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 639857.

---

**BEFORE:   GUIDRY, C.J., WOLFE AND MILLER, JJ.**

**WRIT GRANTED.**  A motion in limine is a device to test the admissibility of evidence prior to trial as an extension of the trial court's gatekeeper function for which great deference is afforded.  It is not intended to resolve issues of law, such as the contractual and statutory interpretations at issue. **Succession of Shaw v. Alexandria Inv. Grp., LLC,** 2017-582 (La. App. 3d Cir. 7/26/17), 248 So.3d 332.  The scope of a motion in limine was exceeded in this case.  Here, for the trial court to find that the scope of admissible evidence of damages is limited to the costs recoverable under the provisions of Section 108.11 of the contract necessarily required findings from the trial court that exceed the court's gatekeeper function.   Such findings exceed the purpose and limits of a motion in limine. Moreover, the effective result of the trial court's findings essentially dismissed plaintiff's detrimental reliance claims without a dispositive motion.  As such, the trial court's June 27, 2022 judgment which granted defendant's, Louisiana Department of Transportation and Development's, motions in limine are reversed and the motions in limine are denied.

**JMG**
**EW**
**SMM**

COURT OF APPEAL, FIRST CIRCUIT

---
DEPUTY CLERK OF COURT
FOR THE COURT